IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT USA SALES CORPORATION,<br>A Delaware Corporation,<br><br>3400 International Drive<br>Washington DC  20008<br><br>          Plaintiff,<br><br>v.<br><br>GALAXY BROADCASTING NETWORKS, LLC<br>A Nevada Limited Liability Company<br><br>6100 Neil Road<br>Suite 500<br>Reno NV  89511<br><br>          Defendant.<br><br>SERVE:  Lakshi Manney<br>             2900 Linden Lane<br>             Suite 100<br>             Silver Spring MD  20910<br>             Registered Agent. | CA No. _____ |

## COMPLAINT

Plaintiff Intelsat USA Sales Corporation, by counsel, files this Complaint against defendant Galaxy Broadcasting Networks, LLC, and pleads as follows:

1. Plaintiff Intelsat USA Sales Corporation ("Intelsat USA") is a Delaware corporation with its principal place of business in the District of Columbia.

2. Defendant Galaxy Broadcasting Networks, LLC ("Galaxy") is a Nevada limited liability company with its principal place of business in the State of Maryland.

3. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1332, as there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

4. Jurisdiction and venue in this Court is proper, as defendant has breached its contract with plaintiff in the District of Columbia and defendant has also irrevocably consented to the jurisdiction of this court. Exhibit 1, ¶ 16.

5. On October 24, 2004, Intelsat USA and Galaxy entered into a Nonexclusive Service Agreement ("NSA"). A copy of the NSA is attached hereto as Exhibit 1. Under the terms of the NSA, Intelsat USA agreed to provide Galaxy with certain telecommunications services, and Galaxy agreed to pay Intelsat USA's charges and fees for such services as described in the Service Contracts made part of the NSA, and agreed to pay all invoices issued by Intelsat USA for such services

6. Plaintiff provided telecommunications services to defendant pursuant to the NSA and the Service Contracts, and has performed all its obligations under the NSA and the Service Contracts.

7. Pursuant to the NSA and the Service Contracts, as of December 5, 2005, plaintiff has issued invoices totaling $437,621.78 to defendant, which invoices defendant has failed to pay. A Statement of Account is attached hereto as Exhibit 2.

8. Defendant has never disputed any invoice issued by plaintiff. Under the terms of the NSA, such invoices are final.

9. On September 15, 2004, pursuant to the NSA, plaintiff terminated the NSA and all Service Contracts between plaintiff and defendant for non-payment. Under

the terms of the NSA, all amounts due from defendant to plaintiff under the remaining term of the Service Contract became immediately due and payable at that time.

10. Pursuant to the NSA and the Service Contracts, as of December 5, 2005, defendant owes plaintiff the sum of $437,621.78, together with interest due thereafter at the rate of 16 percent, and the costs of collection.

11. Despite repeated demand for payment, defendant has failed to make payments as due.

## COUNT ONE

(Breach of Contract)

13. Plaintiff incorporates the allegations of paragraphs 1 through 11 above.

14. Under the terms of the NSA, defendant agreed to pay Intelsat USA's charges and invoices.

15. Defendant has breached the terms of the NSA and the Service Contracts by failing to pay for the services rendered by plaintiff under those agreements and by failing to pay plaintiff's invoices.

16. Plaintiff has been damaged as a result of defendant's breaches.

17. Under the terms of the NSA, plaintiff is entitled to its cost of collection of this debt.

## COUNT TWO

(Quantum Meruit/Unjust Enrichment)

18. Plaintiff incorporates the allegations of paragraphs 1 through 11 above.

19. Plaintiff has conferred benefits on defendant by providing telecommunications services for defendant's use.

Case 1:06-cv-00418-EGS    Document 1    Filed 03/07/2006    Page 4 of 4

20. Defendant was aware of the benefits conferred by plaintiff, and has accepted those benefits.

21. It would be inequitable for defendant to retain such benefits without compensation to plaintiff.

22. Plaintiff has been damaged as a result of defendant's failure to pay for the benefits conferred on defendant by plaintiff.

WHEREFORE plaintiff Intelsat USA Sales Corporation demands judgment in its favor against defendant Galaxy Broadcasting Networks, LLC in the amount of $437,621.78, together with interest, its costs herein, and its attorneys' fees, and such other relief as to the Court seems proper.

INTELSAT USA SALES CORPORATION
By Counsel

David I. Bledsoe
Bar Number 422596
601 King Street
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)