

Intelsat Global Sales and Marketing Ltd.
Building 3 Suite 214
Chiswick Park 566 Chiswick High Road
London W45YA United Kingdom
Telephone 44(0)208 899 6035 Fax
44(0)208 899 6194
VAT Number 678 767 556

# INVOICE SUMMARY
## 18-Oct-05

## Galaxy Broadcasting Networks LLC (#28848)
Attention: Finance / Accounting Department

2900 Linden Lane "Suite 100"
20910

Silver Spring MD, United States
Tel: (301) 589-7000

**Intelsat Credit Administrator:**
    Loida Ratteray
    Phone: 441 294-2950
    Fax: 441-292-9984
    loida.ratteray@intelsat.com

Wire Transfers Instruction:
Intelsat Global Sales and Marketing Ltd.
Citibank London
Account no.: 10265683
Sort Code: 18 50 08
Swift Code: CITIGB2L
IBAN Code: GB40 CITI 1850 0810 2656 83
Citibank N.A., Citibank House
336 Strand London

| Transaction Reference Number | Transaction Date | Due Date | Total Amount Due |
|---|---|---|---|
| B-1070631- NCBS-MAAct | 01-Dec-04 | 15-Jan-05 | |
|     Distribution Video - Hybrid | | | $4,400.00 |
| | | Sub-Total: | $4,400.00 |
| B-1074501- NCBS-MAAct | 01-Jan-05 | 15-Feb-05 | |
|     Distribution Video - Hybrid | | | $13,322.58 |
| | | Sub-Total: | $13,322.58 |
| B-1078411- NCBS-MAAct | 01-Feb-05 | 18-Mar-05 | |
|     Distribution Video - Hybrid | | | $22,024.20 |
| | | Sub-Total: | $22,024.20 |
| B-1082359- NCBS-MAAct | 01-Mar-05 | 15-Apr-05 | |
|     Distribution Video - Hybrid | | | $30,375.00 |
| | | Sub-Total: | $30,375.00 |
| B-1086334- NCBS-MAAct | 01-Apr-05 | 16-May-05 | |
|     Distribution Video - Hybrid | | | $35,000.00 |
| | | Sub-Total: | $35,000.00 |
| CM-1688- Credit Memo | 10-May-05 | 10-May-05 | |
|     Transfer of collateral deposit to SUC | | | ($35,000.00) |
| | | Sub-Total: | ($35,000.00) |
| M-1005029- Termination | 10-May-05 | 10-May-05 | |
|     Termination invoice for non-payment | | | $367,500.00 |
| | | Sub-Total: | $367,500.00 |

EXHIBIT 2

If you have any questions regarding this late statement please contact your Intelsat credit administrator.

Intelsat Limited



Intelsat Global Sales and Marketing Ltd.
Building 3 Suite 214
Chiswick Park 566 Chiswick High Road
London W45YA United Kingdom
Telephone 44(0)208 899 6035 Fax 44(0)208 899 6194
VAT Number 678 767 556

# INVOICE SUMMARY
18-Oct-05

## Galaxy Broadcasting Networks LLC (#28848)

Attention: Finance / Accounting Department

2900 Linden Lane "Suite 100"
20910

Silver Spring MD, United States
Tel: (301) 589-7000

**Intelsat Credit Administrator:**
Loida Ratteray
Phone: 441 294-2950
Fax: 441-292-9984
loida.ratteray@intelsat.com

Wire Transfers Instruction:
Intelsat Global Sales and Marketing Ltd.
Citibank London
Account no.: 10265683
Sort Code: 18 50 08
Swift Code: CITIGB2L
IBAN Code: GB40 CITI 1850 0810 2656 83
Citibank N.A., Citibank House
336 Strand London

| Transaction Reference Number | Transaction Date | Due Date | Total Amount Due |
|---|---|---|---|
| | | Total of above invoices: | $437,621.78 |

## TOTAL BALANCE DUE ON ACCOUNT

| Current Due | 1 to 30 Days | 31 to 60 Days | 61 to 90 Days | Greater Than 90 Days | Total Due |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $437,621.78 | $437,621.78 |

If you have any questions regarding this late statement please contact your Intelsat credit administrator.

Intelsat Limited