

FILED
LCvR-586 online
10/03
MAR - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

INTELSAT USA SALES CORPORATION
3400 INTERNATIONAL DRIVE NW
WASHINGTON DC 20006

              **VS**      Plaintiff

GALAXY BROADCASTING NETWORKS, LLC
6100 NEIL ROAD
SUITE 500
RENO NV 89511

             Defendant

)
)
)
)
)
)
)
)
)
)
)

Civil Action ?

CASE NUMBER   1:06CV00418

JUDGE: Emmet G. Sullivan

DECK TYPE: Contract

DATE STAMP: 03/07/2006

---

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for ___PLAINTIFF___ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ___INTELSAT USA SALES CORPORATION___ which have any outstanding securities in the hands of the public:

INTELSAT SUBSIDIARIES HOLDING CO., LTD (BERMUDA); INTELSAT (BERMUDA) LTD.; INTELSAT, LTD. (BERMUDA).

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

_422596_
BAR IDENTIFICATION NO.

DAVID I. BLEDSOE
Print Name

601 KING STREET
Address

ALEXANDRIA VA 22314
City        State      Zip Code

703 379 9424
Phone Number

2