**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
INTELSAT USA SALES CORPORATION, )
                               )
                               )
                  Plaintiff,   )
                               )
            v.                 ) Civil Action No. 06-418 (EGS)
                               )
GALAXY BROADCASTING            )
NETWORKS, LLC,                 )
                               )
                  Defendant.   )
_____)
```

<u>**ORDER**</u>

The Court hereby directs the Clerk of the Court to make a part of the record the attached September 25, 2006 letter from Michael R. Biggs.  Further, a copy of this letter shall be sent to plaintiff's counsel David I. Bledsoe.

**IT IS SO ORDERED.**


**Signed:    Emmet G. Sullivan
            United States District Judge
            October 4, 2006**