UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTELSAT USA SALES CORPORATION,       )
                                      )
              Plaintiff,              )
                                      )
       v.                             ) Civil Action No. 06-418 (EGS)
                                      )
GALAXY BROADCASTING                   )
NETWORKS, LLC,                        )
                                      )
              Defendant.              )

### ORDER

The Court hereby directs the Clerk of the Court to make a part of the record the attached September 25, 2006 letter from Michael R. Biggs. Further, a copy of this letter shall be sent to plaintiff's counsel David I. Bledsoe.

**IT IS SO ORDERED.**

Signed:   Emmet G. Sullivan
          United States District Judge
          October 4, 2006

# BIGGS WILKERSON, L.C.
## ATTORNEYS AT LAW

MICHAEL R. BIGGS
3500 N. ROCK ROAD, BLDG. 1100
WICHITA, KANSAS 67226

MRB@BIGGSWILKERSON.COM
PHONE 316.684.2929
FAX 316.681.0153

September 25, 2006

Hon. Emmet G. Sullivan
United States District Court – District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 2001

    RE:    INTELSAT USA SALES CORPORATION vs. GALAXY BROADCASTING NETWORKS, LLC (Case # 1:06CV00418)

Dear Judge Sullivan:

Our law firm has been asked by the members of Galaxy Broadcasting Networks, LLC to informally respond to the summons upon the company regarding the above-referenced litigation. The company is insolvent, no counsel will be entering their appearance, and the company will not be defending itself. At the same time, out of respect for the court, the members of the company wanted to respond in some manner. Hence, this letter.

A check in the amount of $2,337.95, representing the last remaining assets of the company, is being delivered contemporaneously to David I. Bledsoe, counsel for the plaintiff. The members have suffered a complete loss of their investment and at no time did they ever receive funds or property from the company in any manner.

While we acknowledge that this letter is of no import from a legal perspective, in deference to the court, the members did not want to simply ignore the matter.

Respectfully,

Michael R. Biggs

MRB:mrb
Enclosures
cc: David I. Bledsoe