**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| INTEL USA SALES CORPORATION )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GALAXY BROADCASTING NETWORKS, )<br>LLC )<br>)<br>Defendant. ) | Civil Action No. 06-418 (EGS) |

**ORDER TO SHOW CAUSE**

The Court hereby, sua sponte, ORDERS Plaintiff to show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) by no later than **November 13, 2006.**

**Signed:   EMMET G. SULLIVAN
           UNITED STATES DISTRICT JUDGE
           October 19, 2006**