**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| INTELSAT USA SALES CORPORATION )<br>)<br>           Plaintiff,        )<br>     v.                         )<br>)<br>GALAXY BROADCASTING NETWORKS,  )<br>LLC                            )<br>)<br>           Defendant.       ) | Civil Action No. 06-418 (EGS) |

## ORDER TO SHOW CAUSE

The Court hereby, sua sponte, ORDERS Plaintiff to show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) by no later than **November 13, 2006.**


**Signed:    EMMET G. SULLIVAN**
**            UNITED STATES DISTRICT JUDGE**
**            October 19, 2006**