IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT USA SALES CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CA No.06-0418 EGS |
| ) | |
| GALAXY BROADCASTING NETWORKS, LLC ) | |
| ) | |
| Defendant. ) | |

**REQUEST FOR ENTRY OF DEFAULT**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF COLUMBIA

Please enter the default of the defendant for failure to plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, as appears by the affidavit of David I. Bledsoe, filed today.

                INTELSAT USA SALES CORPORATION
                By Counsel

    /s/David I. Bledsoe
David I. Bledsoe
Bar No. 422596
601 King Street
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)