CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

INTELSAT USA SALES CORP.          )
                                  )
                                  )
            vs.                   )    Civil Action No. 06-0418 EGS
                                  )
                                  )
GALAXY BROADCASTING NETWORKS,) LLC

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __12th__ day of __November, 2006__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __Galaxy Broadcasting Networks LLC__ was [were]:   [personally served with process on _____].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __Service on Maryland SDAT on July 25th 2006__
__F.R.Civ.P. 4(h)(1); Maryland Rule 2-124__].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
David I. Bledsoe

__300 N. Washington Street__, #708
__Alexandria VA   22314__

__422596__
Bar Id. Number

Address and Telephone Number
703 379 9424

CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

INTELSAT USA SALES CORP.
Plaintiff            )
                     )
                     )
    vs.              )   Civil Action No. 06-0418 EGS
                     )
                     )
GALAXY BROADCASTING NETWORKS, LLC
                     )
                     )
    Defendant

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the ___25th___ day of ___July___, ___2006___, and an affidavit on behalf of the plaintiff (s) having been filed, it is this _____ day of _____, _____ declared that Galaxy Broadcasting Networks, LLC _____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk

State of Maryland
**Department of Assessments and Taxation**
Charter Division

Robert L. Ehrlich, Jr.
*Governor*

C. John Sullivan, Jr.
*Director*

Paul B. Anderson
*Administrator*



Date: 07/21/2006

DAVID I BLEDSOE ESQ
601 KING ST
ALEXANDRIA          VA 22314

THIS LETTER IS TO CONFIRM ACCEPTANCE OF THE FOLLOWING FILING:

PLAINTIFF NAME      : INTELSAT USA SALES CORPORATION
TYPE OF REQUEST     : SERVICE OF PROCESS
DATE RECEIVED       : 07/10/2006
TIME RECEIVED       : 11:19 A.M.
RECORDING FEE       : $50.00
SOP NUMBER          : 00005590
CUSTOMER ID.        : 0001820390
WORK ORDER NUMBER   : 0001263428

PLEASE VERIFY THE INFORMATION CONTAINED IN THIS LETTER. NOTIFY THIS DEPARTMENT
IN WRITING IF ANY INFORMATION IS INCORRECT. INCLUDE THE CUSTOMER ID AND THE WORK
ORDER NUMBER ON ANY INQUIRIES.

Charter Division
Baltimore Metro Area (410) 767-1350
Outside Metro Area (888) 246-5941

*301 West Preston Street-Room 801-Baltimore, Maryland 21201-2395*
*Telephone (410)767-4950 / Toll free in Maryland (888)246-5941*

0004073530
CACCPT

```
PLAINTIFF NAME      : INTELSAT USA SALES CORPORATION
DATE FORWARDED      : 07/25/2006
CASE NUMBER         : 1:06CV00418
DEFENDANT(S)       1. GALAXY BROADCASTING
                      NETWORKS LLC
                      STE 500, RENO, NV 89511
```

CO-547
Rev. 3/84

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

INTELSAT USA SALES CORPORATION
_____
Plaintiff                                    )
                                             )
                                             )
         vs.                                 )    Civil Action No. 06-0418 EGS
                                             )
                                             )    In re:
GALAXY BROADCASTING NETWORKS LLC      GALAXY BROADCASTING NETWRKS L
_____                   _____
Defendant                                         (Defendant)

## MILITARY AFFIDAVIT

(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this ___2th___ day of ___November___, __2006__, (that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate in plaintiff's behalf (that I am the plaintiff in the above-entitled case.)

I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as a ___Limited Liability___ Company

_____
Attorney for Plaintiff

___David I. Bledsoe___
300 North Washington Street
___Alexandria VA 22314___

_____
Address