IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTELSAT USA SALES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA No.06-0418 EGS |
| | ) | |
| GALAXY BROADCASTING NETWORKS, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Intelsat USA Sales Corporation, by counsel, pursuant to F.R.Civ. P. 55, responds to this Court's Order of October 19, 2006 to show cause why this matter should not be dismissed for failure to prosecute.

Plaintiff made several futile attempts to serve the defendant, who has apparently absconded from the state of Maryland. Nonetheless, plaintiff has today filed a Affidavit in Support of Default, based upon the service of defendant through the Maryland State Department of Assessments and Taxation, and upon entry of default will also file a Motion for Default Judgment. Accordingly, counsel for plaintiff respectfully submits that it will be in the interest of justice and this Court's docket to permit the clerk to enter a default and permit the filing of a Motion for Default Judgment at this time, rather than requiring plaintiff to refile another case and reserve the same.

Moreover, a dismissal would inure solely to the detriment of plaintiff; and merely require the Court to entertain another filing of the same matter. Plaintiff's counsel apologizes to the Court for any delay in filing the Motion for Entry of Default

                                  INTELSAT GLOBAL SALES AND
                                  MARKETING, LTD.
                                  By Counsel


\_\_\_\_/s/David I. Bledsoe_____
David I. Bledsoe
Bar Number 422596
700 North Washington Street
Suite 708
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)