```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| INTELSAT USA SALES CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GALAXY BROADCASTING NETWORKS, ) <br> LLC ) <br> ) <br> Defendant. ) | Civil Action No. 06-418 (EGS) |

### ORDER

It is by the Court hereby

**ORDERED** that plaintiff's obligations with respect to the Order to Show Cause are deemed discharged; and it is

**FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 55(a), the Clerk of the Court is directed to enter a default against defendant in this case; and it is

**FURTHER ORDERED** that this case is REMOVED from the active calendar of the Court without prejudice to further proceedings as may be appropriate by plaintiff to obtain judgment against the defendant.

**Signed:    EMMET G. SULLIVAN**
**            UNITED STATES DISTRICT JUDGE**
**            November 13, 2006**