State of Maryland
**Department of Assessments and Taxation**

Charter Division

Case 1:06-cv-00048-EGS   Document 17   Filed 11/13/2006   Page 1 of 2

Robert L. Ehrlich, Jr.
*Governor*

C. John Sullivan, Jr.
*Director*

Paul B. Anderson
*Administrator*



Date: 07/21/2006

DAVID I BLEDSOE ESQ
601 KING ST
ALEXANDRIA                VA 22314

THIS LETTER IS TO CONFIRM ACCEPTANCE OF THE FOLLOWING FILING:

| | |
|---|---|
| PLAINTIFF NAME | : INTELSAT USA SALES CORPORATION |
| TYPE OF REQUEST | : SERVICE OF PROCESS |
| DATE RECEIVED | : 07/10/2006 |
| TIME RECEIVED | : 11:19 A.M. |
| RECORDING FEE | : $50.00 |
| SOP NUMBER | : 00005590 |
| CUSTOMER ID. | : 0001820390 |
| WORK ORDER NUMBER | : 0001263428 |

PLEASE VERIFY THE INFORMATION CONTAINED IN THIS LETTER. NOTIFY THIS DEPARTMENT
IN WRITING IF ANY INFORMATION IS INCORRECT. INCLUDE THE CUSTOMER ID AND THE WORK
ORDER NUMBER ON ANY INQUIRIES.

Charter Division
Baltimore Metro Area (410) 767-1350
Outside Metro Area (888) 246-5941

*301 West Preston Street-Room 801-Baltimore, Maryland 21201-2395*
*Telephone (410)767-4950 / Toll free in Maryland (888)246-5941*

0004073530
CACCPT

```
PLAINTIFF NAME    : INTELSAT USA SALES CORPORATION
DATE FORWARDED    : 07/25/2006
CASE NUMBER       : 1:06CV00418
DEFENDANT(S)     1. GALAXY BROADCASTING
                    NETWORKS LLC
                    STE 500, RENO, NV 89511
```