CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

INTELSAT USA SALES CORP. )
)
)
vs. ) Civil Action No. 06-0418 EGS
)
)
GALAXY BROADCASTING NETWORKS,) LLC

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __12th__ day of __November, 2006__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __Galaxy Broadcasting Networks LLC__ was [were]: [personally served with process on _____].
OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_____].
OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __Service on Maryland SDAT on July 25th 2006__
__F.R.Civ.P. 4(h)(1); Maryland Rule 2-124__ ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

Attorney for Plaintiff(s) [signature]
David I. Bledsoe

300 N. Washington Street, #708
Alexandria VA 22314

422596
Bar Id. Number

Address and Telephone Number
703 379 9424