IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT USA SALES CORPORATION, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GALAXY BROADCASTING NETWORKS, LLC )<br>)<br>Defendant. )<br>)<br>) | CA No.06-0418 EGS |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiff Intelsat USA Sales Corporation,, by counsel, pursuant to F.R.Civ. P. 55, moves this Court for entry of default judgment in its favor against defendant Galaxy Broadcasting Networks, LLC ("Galaxy").

On November 14, 2006, the Clerk entered the default of defendant in this matter. Plaintiff now moves for entry of default judgment. As demonstrated in the Affidavit of John C. Nibecker, attached hereto as Exhibit A, pursuant to the agreements between plaintiff Intelsat USA Sales Corporation and defendant, as of April 1, 2008, plaintiff has issued invoices totaling $437,621.78 to defendant, which invoices defendant has failed to pay.

Pursuant to the agreements between defendant and plaintiff, as of April 1, 2008, defendant owes plaintiff the principal sum of $437,621.78, together with interest due after May 10, 2005, at the rate of 16 percent, totaling $202,572.48, for a total debt to plaintiff of $640,194.26, without any right of setoff by defendant.

Defendant is not an infant or incompetent person or in the military service of the United States, as shown by the affidavit of David I. Bledsoe, attached hereto as Exhibit B.

WHEREFORE plaintiff Intelsat USA Sales Corporation prays that this Court enter judgment in its favor against defendant Galaxy Broadcasting Network, LLC, in the amount of $640,194.26, its costs herein, and such other relief as to the Court seems proper.

                                          INTELSAT USA SALES CORPORATION
                                          By Counsel

_____/s/_____
David I. Bledsoe
Bar Number 422596
300 North Washington Street
Suite 708
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)