IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT USA SALES CORPORATION, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GALAXY BROADCASTING NETWORKS, LLC )<br>)<br>Defendant. )<br>)<br>) | CA No.06-0418 EGS |

## AFFIDAVIT UNDER THE SOLDIERS' AND SAILORS' CIVIL RELIEF ACT OF 1940

Under penalty of perjury, David I. Bledsoe deposes and says:

1. I am the attorney for plaintiff in the above-styled case.

2. Defendant is a limited liability company organized under the laws of the State of Nevada. Therefore, defendant is not a person in the military service of the United States as defined in the Soldiers' And Sailors' Civil Relief Act Of 1940, and defendant is thus also not an incompetent person or infant.

_____/s/_____
David I. Bledsoe