IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT USA SALES CORPORATION, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GALAXY BROADCASTING NETWORKS, LLC )<br>)<br>Defendant. )<br>)<br>) | CA No. 06-0418 EGS |

## **ORDER OF JUDGMENT**

Defendant Galaxy Broadcasting Networks, LLC, having failed to plead or otherwise defend in this action, and its default having been entered, upon application of the plaintiff and upon affidavit that Defendant is indebted to the Plaintiff in the amount of $640,194.26, that Defendant is not an infant or incompetent person and not in the military service of the United States, it is hereby

ORDERED that pursuant to F.R.Civ. P. 55, judgment is hereby entered in favor of plaintiff against defendant Galaxy Broadcasting Networks, LLC. in the amount of $640,194.26, plus costs of this suit.

THIS ORDER IS FINAL.

_____
Judge Emmet G. Sullivan
United States District Judge

Entered: _____